# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | 9291282 | J. Kahrnoff | 78 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 02/13/2023 1120
Offense Charged: 36 CFR 4.21(c)
Place of Offense: Yosemite NP Chapel Straight
Offense Description: Factual Basis for Charge: Excessive Speed 40 mph in 25 mph zone

### DEFENDANT INFORMATION

Last Name: CHIN
First Name: John

Tag No: 78RZ881
State: CA
Make/Model: Toyota 4runner
Color: Red

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions

APPEARANCE IS OPTIONAL
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200 Forfeiture Amount
+ $30 Processing Fee
$ 230 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

CVB SCAN 03/23/2023 10:25
20230213-033

X Defendant Signature: [signed]

*9291282*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____.

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/13/2023
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident   PASS = 9 or more passenger vehicle
CDL = Commercial drivers license   CMV = Commercial vehicle involved in incident